[No. 72863-6-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. SHAWN CORY GREEN, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00600-3, Dave Needy, J., entered November 21, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 72942-0-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WILLIAM BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01427-3, Millie M. Judge, J., entered January 8, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Becker, J.

[Nos. 73000-2-I; 73001-1-I;  Division One. January 19, 2016.]
    73002-9-I; 73003-7-I;
    73004-5-I; 73005-3-I;
    73006-1-I; 73007-0-I.

*In the Matter of the Dependency of* V.W. ET AL.

FELICIA KIRKLAND, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, Nos. 13-7-12768-5, 10-7-01028-7, 13-7-12769-3, 10--7-01029-5, 13-7-12770-7, 10-7-01030-9, 13-7-12771-5, and 11-7-01933-9, Hollis R. Hill, J., entered September 17, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ.